UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

REGINA CONTURSI MACHADO
DA SILVEIRA,

                  **Plaintiff,**                      21-CV-9160 (AT)(SN)

    -against-                                  ORDER

NEW YORK CITY DEPARTMENT
OF EDUCATION, et al.,

                  **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants in this matter appeared on February 2, 2022, over three weeks ago, but have not yet filed a response to Plaintiff's complaint. Defendants' response is due no later than March 11, 2022.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    February 25, 2022
                New York, New York